IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT

06 AUG -9 PM 5:05

TX EASTERN-MARSHALL

BY_____

| | | |
|---|---|---|
| ELISA GONZALEZ, As Next Friend to DANIEL CASTRUITA, a Minor | § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. 2:04CV17-TJW |
| COSCO, INC., A DOREL COMPANY, DJG, INC., and DOREL INDUSTRIES, INC. | § § § § | |
| Defendant. | § | |

## ORDER APPROVING THE SETTLEMENT

On the 8th day of August, 2006, came on the be heard the prove-up of a settlement offer made between Daniel Castruita, a minor, and Dorel Juvenile Group, Inc. which was conveyed during the trial of this matter. The Court having reviewed the file before the trial and having observed the trial of this matter finds that the settlement is in the best interest of the minor Daniel Castruita. The court approves the settlement in its entirety.

The Court having previously appointed Mike Miller as Ad Litem on behalf of the minor, Daniel Castruita, finds that Dorel Juvenile Group, Inc. should pay $ *10,000.00* as an Ad Litem fee.

The Court also finds that the case is hereby dismissed with prejudice as to the refiling of same.

*August 8, 2006*

*T. John Ward*
Honorable T. John Ward
United States District Judge

ORDER APPROVING THE SETTLEMENT – SOLO PAGE